# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN STEVEN OLAUSEN,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 69342

**FILED**

FEB 1 8 2016



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____ DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion to arrest judgment. Second Judicial District Court, Washoe County; Connie J. Steinheimer, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc:   Hon. Connie J. Steinheimer, District Judge
      John Steven Olausen
      Attorney General/Carson City
      Washoe County District Attorney
      Washoe District Court Clerk

16-05230